UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In Re:                                          ) | |
|                                                     ) | **Chapter 13 Proceeding** |
| **Sharon Clark**                          ) | **Case No.  08-20785** |
|                                                     ) | |
|             **Debtor**                   ) | |

**NOTICE FOR DEPOSIT OF FUNDS**
**INTO U. S. TREASURY FUND106000**

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $17.84 into U. S. Treasury Fund 106000 for the following reasons:

1. That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.

2. That Springvale Homeowners Association filed a proof of claim on July 30, 2008.

3. That your Trustee attempted to make payment on said claim in November 2009 in the amount of $17.84 and said payment remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $17.84 into U.S. Treasury Fund 106000 on behalf of creditor Springvale Homeowners Association whose last know address was P.O. Box 562, Schererville, IN 46375-0562.

/s/ Paul R. Chael
Paul R. Chael, Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2010 service of a true and complete copy of the above and foregoing pleading or document was made electronically upon the U.S. Trustee and debtors' attorney and the debtors by U.S. Mail as set forth below.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

Distribution:

Sharon Clark, 1821 W. 56th Avenue, Apt. G, Merrillville, IN 46410